# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

CASE NO.: 1:17MJ24  
DATE: 6/5/2017  
TIMES: 3:29 - 3:41

UNITED STATES OF AMERICA  
v.  
Reality Leigh Winner

Honorable: Brian K. Epps, United States Magistrate Judge  
Courtroom Deputy: Rebecca Cirillo  
Court Reporter: FTR  
Law Clerk: —  
Probation Officer: Eller  
Security: Grooms

Attorney for Government: Patricia Rhodes  
Attorney for Defendant(s): Titus Nichols

PROCEEDINGS: INITIAL APPEARANCE/COMPLAINT

- [x] All parties present and ready to proceed
- [x] Court finds defendant competent to proceed
- [x] Defendant advised of rights
- [x] Defendant advised of charges/allegations in Affidavit
- [x] Defendant advised of right to preliminary hearing
- [x] Defendant waives preliminary hearing
- [ ] Preliminary Hearing scheduled for:
- [x] Government moves for detention
- [x] Detention Hearing scheduled for: Thursday, June 8, 2017 at 4:00 PM
- [ ] Detention Hearing held

Witness for the Govt:  [ ] Witness sworn

Witness for the Deft:  [ ] Witness sworn

- [x] Defendant Detained Pending Detention Hearing
- [ ] Defendant Detained Pending Trial.
- [x] Defendant remanded to custody of US Marshal